UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKYBOY SANTOS,<br><br>             Petitioner,<br>     vs.<br>GONZALES, Warden,<br><br>             Respondent. | Case No. CV 13-1860 JAK (MRW)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed with prejudice.

DATE: **May 29, 2013**

                                                                           HON. JOHN A. KRONSTADT
                                                                            UNITED STATES DISTRICT JUDGE